IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. |
| | 1:98-CR-229-TWT |
| WILLIAM "OMAR" McCOY, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 127] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 125]. This is the Defendant's second Motion to Vacate Sentence. Therefore, he must obtain permission from the Court of Appeals before filing the motion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 125] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 31 day of January, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge